# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

U.S.A. vs. WALTER EDMOND MOORE, JR.  Docket Number 92-cr-00014-ZLW

## Petition for Early Termination of Supervised Release

COMES NOW, Edward C. Gadden, Probation Officer of the Court, presenting an official report upon the conduct and attitude of Walter Edmond Moore, who was originally placed on supervision by the Honorable Sherman G. Finesilver, sitting on the Court in Denver, Colorado, on the 17th day of January 1992, who fixed the period of supervision at ten (10) years, with supervision commencing on January 16, 2003, and imposed the general terms and conditions theretofore adopted by the Court. No special conditions were imposed.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
The defendant has filed a Pro Se motion for early termination of supervision.

PRAYING THAT THE COURT WILL ORDER: (1) that the Probation Officer be authorized to serve this petition on the United States; (2) that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of supervised release and (3) that, if the United States does not file a timely objection, that the defendant be discharged from supervised release and the proceedings in this case be terminated.

Respectfully,

s/ Edward C. Gadden
U.S. Probation Officer
Place: Denver, Colorado
Date: July 3, 2007

## ORDER OF THE COURT

After consideration of the petition, it is

ORDERED that the Probation Officer serve this petition and order on the United States. It is further ordered that the United States respond in writing within **fifteen days** of the date of service, indicating whether there is any objection to the early termination of supervised release. It is further ordered that this petition and order be filed and made a part of the record in the above case.

DATED at Denver, Colorado, this ___6___ day of ___July___, 2007.

Zita L. Weinshienk
Senior U.S. District Judge