# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 92-cr-00014-ZLW

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

WALTER EDMUND MOORE,

       Defendant.

---

## ORDER TERMINATING SUPERVISED RELEASE
## PRIOR TO ORIGINAL EXPIRATION DATE

---

On June 27, 2007, the Probation Department was advised that the defendant had submitted a petition to the Court requesting early termination of supervision in this case prior to the scheduled termination date. The Probation Department subsequently advised the Government of the petition. The Government did not file an objection to the proposed relief within the time allotted. The Probation Department does not object to the petition.

Accordingly, it is:

ORDERED that the defendant be discharged from supervised release and that the proceedings in this case be terminated.

DATED at Denver, Colorado, this ____1____ day of August, 2007.

BY THE COURT:

_Zita L. Weinshienk_
Zita L. Weinshienk
Senior U.S. District Judge